

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lynn Gregory, Individually, and d/b/a G.C. Unlimited, Appellant

No. 06-23-00005-CV          v.

Amanda Graves and Jerry W. Graves, Jr., Appellees

Appeal from the 352nd District Court of Tarrant County, Texas (Tr. Ct. No. 352-333561-22). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial reversible error in the judgment of the court below. Therefore, we reverse the damage portion of the judgment and remand to the trial court for a new trial on the issue of damages. We affirm the trial court's judgment on the issue of Gregory's liability.

We further order that each party shall bear their own costs incurred by reason of this appeal.

RENDERED DECEMBER 6, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk